USDC SR CURT Montgomery [illegible]

new suit

19 DEC -3 P
[illegible]RA P. HACKET
[illegible]S. DISTRICT C[illegible]

Daniel Eric Cobble civ

# 2:19-cv-1022-WHA-CSC

v.

US AG

Bivens pet

DEMAND FOR JURY TRIAL

petition to challenge imminent danger physically in future by The Government doing nothing to fix my Dick they caused to stop working by spider bites to my nut and by salt peter in my food and drinks, which is both a ongoing problem as people still getting bit by spyders in their [illegible] as proof as I told them this Repeatedly in numerous suits for over 1 year now and they still ain't fixed

/s/ Daniel Eric Cobble
pro se petitioner

Relief

(1) transport me to urologist #2 current white psychol fear of erectile dysfunction specialists there are urology are not far and are needed now

(2) pay above place to fix my bed permanently surgically so it will work again by using & buying another man's deceased transplanting it on to me but he is to be under 25 yrs old healthy white not fat not gay not drug addict not alcoholic big in girth and length and so do it now and quit putting salt peter in drinks and use infant stem cells to fix my net my Raise my sperm count seriously and get Rodd Soroley

Relief

(3) [illegible] Jury

(4) punitive damages [illegible] [illegible]

(5) compensation

(6) property damages [illegible] property

(7) [illegible] speedy [illegible] [illegible] process [illegible] fee

(8) [illegible]

(9) [illegible]

(10) Speedily

(11) all [illegible] legal (12) [illegible] (13) [illegible]

against

Certificate of Service

This is to certify that I have this day served a copy [illegible] by [illegible] clerk electronic [illegible] [illegible] [illegible]

[illegible] [illegible]

This 25th day of Nov 2019 David [illegible]

[illegible] [illegible]

# Certificate of Service

This is to certify that I have this day served opposing counsels [illegible] file by court clerk electronic filer and by US mail to:

US AG 950 Pennsylvania Ave Washington DC 20530

[illegible] Gen. Atty Ga capitol 40 Capitol SQ SW Atlanta Ga 30334

This 25th day of Nov 2019

David [illegible]

pro se petitioner

[illegible handwriting]

Daniel Eric Cobble [illegible]

v.

[illegible]

2:19-cv-1022-WHA-CSC

[illegible handwriting]

[illegible signature]