IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, Reg. No. 97872-020, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>GOVERNMENT, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:19-CV-1022-WHA<br>(WO) |

## **ORDER**

The Magistrate Judge entered a Recommendation that Petitioner Daniel Eric Cobble's civil action be dismissed without prejudice pursuant to the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), for failure to pay the required filing and administrative fees upon initiation of the case. (Doc. # 3.)  Cobble has filed Objections.  (Doc. # 4.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

    1.  Cobble's Objections (Doc. # 4) are OVERRULED;

    2.  The Recommendation (Doc. # 3) is ADOPTED; and

    3.  This case is DISMISSED without prejudice for Cobble's failure to pay the required filing and administrative fees upon initiation of the case.

    Final judgment will be entered separately.

DONE this 20th day of May, 2020.

          /s/  W. Harold Albritton
          W. HAROLD ALBRITTON
          SENIOR UNITED STATES DISTRICT JUDGE